#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC. <br><br> Defendants. | C.A. No. 25-75-JLH |

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

WHEREAS, Plaintiff Eagle Pharmaceuticals, Inc. ("Eagle") filed the Complaint in this matter on January 17, 2025 (D.I. 1), and served Defendants Slayback Pharma LLC ("Slayback") and Azurity Pharmaceuticals, Inc. ("Azurity") (collectively "Defendants") on March 4, 2025 (D.I. Nos. 7 and 8);

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the deadline for Defendants to answer or otherwise respond to the Complaint was March 24, 2025;

WHEREAS, Eagle agreed to extend the deadline for Defendants to answer or otherwise to respond to the Complaint by 10 days to April 3, 2025 by filing and Unopposed Motion for Extension of Time (D.I. 9 (So Ordered March 24, 2025)); and

WHEREAS, Eagle has agreed to further extend the deadline for Defendants to answer or otherwise to respond to the Complaint by an additional 1 week;

NOW THEREFORE, it is hereby stipulated and agreed, subject to the approval of the Court, by Eagle and Defendants, that the deadline for Defendants to answer or otherwise respond to the Complaint (D.I. 1) shall be extended by an additional one (1) week from April 3, 2025 to April 10, 2025.

Dated: April 3, 2025

| **MCCARTER & ENGLISH, LLP** | **SMITH KATZENSTEIN & JENKINS LLP** |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Daniel A. Taylor* |
| Daniel M. Silver (#4758) | Daniel A. Taylor (No. 6934) |
| Alexandra M. Joyce (#6423) | Neal C. Belgam (No. 2721) |
| Renaissance Centre | 1000 West Street, Suite 1501 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 652-8400 |
| (302) 984-6300 | dtaylor@skjlaw.com |
| dsilver@mccarter.com | nbelgam@skjlaw.com |
| ajoyce@mccarter.com | |
| | *Attorneys for Defendants Slayback Pharma* |
| *Attorneys for Plaintiff Eagle* | *LLC and Azurity Pharmaceuticals, Inc.* |
| *Pharmaceuticals, Inc.* | |

IT IS SO ORDERED this _____ day of _____, 2025.

_____
Jennifer L. Hall
United States District Court Judge

2