IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC. <br><br> Defendants. | C.A. No. 25-75-JLH |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Slayback Pharma LLC makes the following disclosure:

Slayback Pharma LLC is a wholly-owned subsidiary of Azurity Pharmaceuticals, Inc.

Dated: April 7, 2025

**SMITH KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Daniel A. Taylor (No. 6934)
Neal C. Belgam (No. 2721)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
dtaylor@skjlaw.com
nbelgam@skjlaw.com

*Attorneys for Defendant Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.*