# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APOTEX INC., AND APOTEX CORP,<br><br>Defendants. | C.A. No. 24-64-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SLAYBACK PHARMA LLC,<br><br>Defendant. | C.A. No. 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH<br><br>**JURY TRIAL DEMANDED** |

**SLAYBACK/APOTEX PROPOSED MODIFIED SCHEDULE**

| Event | Current Deadline | Slayback/Apotex Proposed Deadline |
|---|---|---|
| Deadline for Eagle to Amend Pleadings to add patent resulting from pending patent application Serial No. 18/646,329 | N/A | TBD, Approximately July 1, 2025. |

| | | |
|---|---|---|
| Plaintiff's Initial Infringement Claim Chart for two new Eagle patents | N/A | August 1, 2025 |
| Defendants Initial Invalidity Contentions on two new Eagle patents | N/A | September 5, 2025 |
| Deadline for all motions to join other parties and to amend or supplement the pleadings | Monday, June 16, 2025 | October 15, 2025 |
| Defendants' Final Identification of Invalidity References | Friday, June 13, 2025 | October 15, 2025 |
| Plaintiff's Final Identification of Accused Products | Friday, June 13, 2025 | October 15, 2025 |
| Plaintiff Produces Final Infringement Contentions | Wednesday, June 18, 2025 | October 31, 2025 |
| Defendants Produce Final Invalidity Contentions | Wednesday, July 2, 2025 | November 10, 2025 |
| Defendants' Supplemental Responses to Final Infringement Contentions | Friday, July 11, 2025 | December 1, 2025 |
| Plaintiff's Supplemental Responses to Final Invalidity Contentions | Wednesday, July 23, 2025 | December 10, 2025 |
| Close of Fact Discovery | Friday, August 1, 2025 | February 6, 2026 |
| Opening Expert Reports | Friday, September 5, 2025 | March 13, 2026 |
| Rebuttal Expert Reports | Friday, October 10, 2025 | April 17, 2026 |
| Reply Expert Reports | Friday, November 7, 2025 | May 15, 2026 |
| Close of Expert Discovery | Friday, December 12, 2025 | June 19, 2026 |
| Dispositive Motions and *Daubert* Motions | Friday, January 23, 2026 | July 24, 2026 |
| Answering Dispositive Motions and *Daubert* Motions | Friday, February 20, 2026 | August 14, 2026 |
| Reply Dispositive Motions and *Daubert* Motions | Friday, March 6, 2026 | August 28, 2026 |

| Hearing on Dispositive Motions and Daubert Motions | May 27, 2026 at 10 a.m. | October ___2026. |
|---|---|---|
| Parties to File Joint Proposed Final Pretrial Order | 7 days before Pretrial Conference | No change |
| Parties to File Proposed Jury Instructions, Voir Dire, Verdict Forms | 7 days before Pretrial Conference | No change |
| Final Pretrial Conference in Eagle Pharmaceuticals Inc. v. Apotex, Inc., No. 24-64-JLH | July 13, 2026 at 3:00 p.m. | January 2027 |
| Trial Begins in Eagle Pharmaceuticals Inc. v. Apotex, Inc., No. 24-64-JLH | July 20, 2026 | January 2027 |
| Final Pretrial Conference in Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC, No. 24-65-JLH | September 22, 2026 at 3:00 p.m. | March 2027 |
| Trial Begins in Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC, No. 24-65-JLH | September 28, 2026 | March 2027 |
| Final Pretrial Conference in Eagle Pharmaceuticals Inc. v. Baxter Healthcare Corp., No. 24-66-JLH | December 7, 2026 at 3:00 p.m. | May 2027 |
| Trial Begins in Eagle Pharmaceuticals Inc. v. Baxter Healthcare Corp., No. 24-66-JLH | December 14, 2026 | May 2027 |
| Joint Form of Order to Enter Judgment on the Verdict | 7 days after verdict | No change |
| Joint Status Report re Post-Trial Motions | 7 days after verdict | No change |