# EXHIBIT E

DOCKET NO.: 107071.001406                                              PATENT
Application No.: 18/646,329
Office Action Dated: October 11, 2024

This listing of claims will replace all prior versions, and listings, of claims in the application.

**Listing of Claims:**

1. (*Original*) A method of treating cancer in a human in need thereof comprising providing a liquid bendamustine-containing composition comprising

    bendamustine, or a pharmaceutically acceptable salt thereof, wherein the bendamustine concentration in the composition is from about 20 mg/mL to about 60 mg/mL,

    a pharmaceutically acceptable fluid consisting of polyethylene glycol and optionally one or more of propylene glycol, ethanol, benzyl alcohol and glycofurol; and

    a stabilizing amount of an antioxidant

    wherein the total impurities in the liquid bendamustine-containing composition resulting from the degradation of the bendamustine is less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C to about 25° C;

   diluting the liquid bendamustine containing composition; and

   intravenously administering the diluted composition to the human.

2. (*Original*) The method of claim 1, wherein the liquid bendamustine containing composition is diluted with about 50 mL of a diluent.

3. (*Original*) The method of claim 1, wherein the concentration of bendamustine in the liquid bendamustine-containing compositions is about 25 mg/ml.

4. (*Original*) The method of claim 1, wherein the concentration of bendamustine in the liquid bendamustine-containing composition is 25 mg/ml.

5. (*Original*) The method of claim 1, wherein the liquid bendamustine-containing composition includes 100 mg of bendamustine at a concentration of 25 mg/mL.

Page 2 of 16

DOCKET NO.: 107071.001406                                                                                         PATENT
Application No.: 18/646,329
Office Action Dated: October 11, 2024

6.  (*Original*) The method of claim 1, wherein the antioxidant is monothioglycerol.

7.  (*Original*) The method of claim 1, wherein the antioxidant in the liquid bendamustine containing composition is monothioglycerol in a concentration of about 5 mg/mL.

8.  (*Original*) The method of claim 1, wherein the liquid bendamustine-containing composition is stable for at least about 15 months at 5° C or for at least about 15 months at 25° C, prior to dilution.

9.  (*Original*) The method of claim 1, wherein the liquid bendamustine-containing composition further comprises ethanol.

10. (*Original*) The method of claim 1, wherein the liquid bendamustine-containing composition is packages in a sterile vial.

11. (*Original*) A method of treating cancer in a human in need thereof comprising
    providing a liquid bendamustine-containing composition packaged in a sterile vial and comprising
        100 mg of bendamustine, or a pharmaceutically acceptable salt thereof, at a concentration of about 25 mg/mL;
        a pharmaceutically acceptable fluid consisting of polyethylene glycol and optionally one or more of propylene glycol, ethanol, benzyl alcohol and glycofurol; and
        a stabilizing amount of an antioxidant that is monothioglycerol;
        wherein the total impurities in the liquid bendamustine-containing composition resulting from the degradation of the bendamustine is less than about 5% peak area response, as determined by HPLC at a wavelength of 223 nm after at least about 15 months at a temperature of about 5° C or for at least about 15 months at 25° C;
    diluting the liquid bendamustine containing composition with about 50 mL of a diluent;

DOCKET NO.: 107071.001406  PATENT
Application No.: 18/646,329
Office Action Dated: October 11, 2024

and intravenously administering the diluted composition to the human.

12. (*Original*) The method of claim 11, wherein the liquid bendamustine-containing composition comprises 100 mg of bendamustine, or a pharmaceutically acceptable salt thereof, at a concentration of 25 mg/mL.

13. (*Original*) The method of claim 11, wherein the liquid bendamustine-containing composition further comprises ethanol.

14. (*Original*) The method of claim 11, wherein the liquid bendamustine containing composition is diluted with about 50 mL of a diluent.