IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC and <br> AZURITY PHARMACEUTICALS, INC. <br><br> Defendants. | C.A. No. 25-75-JLH <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S UNOPPOSED MOTION FOR
LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiff Eagle Pharmaceuticals, Inc. ("Eagle") respectfully moves the Court for leave to amend its First Amended Complaint pursuant to FEDERAL RULE OF CIVIL PROCEDURE 15(a). A copy of the proposed Second Amended Complaint is attached as Exhibit 1 and a blackline comparing the proposed Second Amended Complaint to the First Complaint is attached as Exhibit 2.

Pursuant to D. Del. LR 7.1.1, Eagle informed Defendants of its intent to amend the complaint to add Eagle Sub1 LLC, a wholly owned subsidiary of Eagle Pharmaceuticals. Inc., as party to this action. Defendants do not oppose Eagle's motion.

| | |
|---|---|
| Dated: June 9, 2025 | MCCARTER & ENGLISH, LLP |
| | |
| | */s/ Maliheh Zare* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Daniel G. Brown | Maliheh Zare (#7133) |
| Kelly A. Welsh | Renaissance Centre |
| LATHAM & WATKINS LLP | 405 N. King Street, 8th Floor |
| 555 Eleventh Street, NW, Suite 1000 | Wilmington, Delaware 19801 |
| Washington, DC 20004 | (302) 984-6300 |
| (202) 637-2200 | dsilver@mccarter.com |
| | ajoyce@mccarter.com |
| Kenneth G. Schuler | mzare@mccarter.com |
| Marc N. Zubick | |
| Alex Grabowski | *Attorneys for Plaintiff Eagle Pharmaceuticals, Inc.* |
| LATHAM & WATKINS LLP | |
| 330 North Wabash Avenue, Suite 2800 | |
| Chicago, IL 60611 | |
| (312) 876-7700 | |