**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC. <br><br> Defendants. | C.A. No. 25-75-JLH <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**

This __11th__ day of ___June___, 2025, having considered Plaintiff's Unopposed

Motion for Leave to File Second Amended Complaint (the "Motion"),

IT IS HEREBY ORDERED that

1.      The Motion is GRANTED.

2.      Plaintiff shall file the Second Amended Complaint attached to the Motion as

Exhibit 1 and exhibits within two (2) days of this Order.


_____
The Honorable Jennifer L. Hall
United States District Judge