**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC, <br><br> Defendant. | C.A. No. 25-75-JLH |

**MOTION AND ORDER FOR ADMISSIONS *PRO HAC VICE***

Pursuant to D. Del. LR 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Constance S. Huttner, Jason A. Lief, and Robyn Ast-Gmoser of WINDELS MARX LANE & MITTENDORF, LLP to represent Defendant Slayback Pharma LLC in the above-captioned matter.

Dated: June 13, 2024

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Slayback Pharma LLC*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's Motion for Admissions *Pro Hac Vice* of Constance S. Huttner, Jason A. Lief, and Robyn Ast-Gmoser is GRANTED.

Dated:  June ___, 2026

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the United States Patent and Trademark Office. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: June 13, 2025

*/s/ Constance S. Huttner*
Constance S. Huttner
Windels Marx Lane & Mittendorf, LLP
One Giralda Farms
Madison, NJ 07940
T: (973) 966-3206
F: (973) 966-3250
chuttner@windelsmarx.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States Supreme Court, the United States Court of Appeals for the Federal Circuit, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, and the United States District Court for the District of Colorado. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: June 13, 2024

*/s/ Jason A. Lief*
Jason A. Lief
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
T: (212) 237-1061
F: (212) 262-1215
jlief@windelsmarx.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Illinois, Missouri, the United States Patent and Trademark Office, and the United States Court of Appeals for the Federal Circuit. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: June 13, 2025

*/s/ Robyn Ast-Gmoser*
Robyn Ast-Gmoser
Windels Marx Lane & Mittendorf, LLP
One Giralda Farms
Madison, NJ 07940
T: (973) 966-3239
F: (973) 966-3250
rast-gmoser@windelsmarx.com