# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>Defendants. | C.A. No. 24-64-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 24-65-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>Plaintiffs,<br><br>v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>Defendant. | C.A. No. 24-66-JLH<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>APOTEX INC. and APOTEX CORP.,<br><br>　　　　　Defendants. | C.A. No. 25-74-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SLAYBACK PHARMA LLC and AZURITY PHARMACEUTICALS, INC.,<br><br>　　　　　Defendants. | C.A. No. 25-75-JLH<br><br>**JURY TRIAL DEMANDED** |
| EAGLE PHARMACEUTICALS, INC. and EAGLE SUB1 LLC,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BAXTER HEALTHCARE CORPORATION,<br><br>　　　　　Defendant. | C.A. No. 25-79-JLH<br><br>**JURY TRIAL DEMANDED** |

## JOINT [PROPOSED] ORDER REGARDING
## CASE CONSOLIDATION AND COORDINATION

WHEREAS, the Court ordered on June 5, 2025 (C.A. No. 25-74, D.I. 19; C.A. No. 25-75, D.I. 19; C.A. No. 25-79, D.I. 21) that Civil Action Nos. 25-74; 25-75; and 25-79 (the "'248 Patent Actions") be coordinated and consolidated with Civil Action Nos. 24-64; 24-65; and 24-66 (the "Related Actions").

### A. The Apotex Actions (C.A. Nos. 24-64 & 25-74)

WHEREAS, Eagle Pharmaceuticals, Inc. ("Eagle") filed Civil Action No. 24-64 against Apotex Inc. and Apotex Corp. (collectively, "Apotex"), alleging infringement of United States Patent Nos. 11,844,783 (the "'783 patent") and 11,872,214 (the "'214 patent") (*see* D.I. 1 in C.A. No. 24-64 as amended at D.I. 22);

WHEREAS, Eagle filed Civil Action No. 25-74 against Apotex, alleging infringement of United States Patent No. 12,138,248 (the "'248 patent") (*see* D.I. 1 in C.A. No. 25-74);

WHEREAS, Eagle subsequently filed a Second Amended Complaint in Civil Action No. 24-64 and a First Amended Complaint in Civil Action No. 25-74 and joined Eagle Sub1 LLC ("Eagle Sub1" and collectively with Eagle "Plaintiffs") as a plaintiff in both cases (*see* D.I. 177 in C.A. No. 24-64 and D.I. 12 in C.A. No. 25-74); and

WHEREAS, Civil Action Nos. 24-64 & 25-74 are referred to as the "Apotex Actions";

### B. The Slayback Actions (C.A. Nos. 24-65 & 25-75)

WHEREAS, Eagle filed Civil Action No. 24-65 against Slayback Pharma LLC ("Slayback"), alleging infringement of the '783 patent and the '214 patent (*see* D.I. 1 in C.A. No. 24-65 as amended at D.I. 17);

WHEREAS, Eagle filed Civil Action No. 25-75 against Slayback, alleging infringement of the '248 patent (*see* D.I. 1 in C.A. No. 25-75);

WHEREAS, Eagle subsequently filed a First Amended Complaint in Civil Action No. 2575 and joined Azurity Pharmaceuticals, Inc. ("Azurity") as a defendant in addition to Slayback (*see* D.I. 6 in C.A. No. 25-75);

WHEREAS, Eagle filed a Second Amended Complaint in Civil Action No. 24-65 joining Eagle Sub1 as a plaintiff and joining Azurity as a defendant in addition to Slayback and a Second Amended Complaint in Civil Action No. 25-75 joining Eagle Sub1 as a plaintiff (*see* D.I. 150 in C.A. No. 24-65 and D.I. 22 in C.A. No. 25-75); and

WHEREAS, Civil Action Nos. 24-65 & 25-75 are referred to as the "Slayback Actions";

**C. The Baxter Actions (C.A. Nos. 24-66 & 25-79)**

WHEREAS, Eagle filed Civil Action No. 24-66 against Baxter Healthcare Corporation ("Baxter"), alleging infringement of the '783 patent and the '214 patent (*see* D.I. 1 in C.A. No. 24-66 as amended at D.I. 18);

WHEREAS, Eagle filed Civil Action No. 25-79 against Baxter, alleging infringement of the '248 patent (*see* D.I. 1 in C.A. No. 25-79);

WHEREAS, Eagle subsequently filed a Second Amended Complaint in Civil Action No. 24-66 and a First Amended Complaint in Civil Action No. 25-79 and joined Eagle Sub1 as a plaintiff in both cases (*see* D.I. 128 in C.A. No. 24-66 and D.I. 13 in C.A. No. 25-79); and

WHEREAS, Civil Action Nos. 24-66 & 25-79 are referred to as the "Baxter Actions";

WHEREAS, the Court having considered the parties' submissions and arguments;

\*   \*   \*

IT IS HEREBY ORDERED this  27th  day of      June         , 2025 as follows:

**A. Consolidation of the Apotex Actions (C.A. Nos. 24-64 & 25-74)**

1. Pursuant to Federal Rule of Civil Procedure 42(a), the Apotex Actions are consolidated

for all purposes;

2. Civil Action No. 24-64-JLH shall be the lead case, and all future filings in the Apotex Actions shall be made only in Civil Action No. 24-64-JLH (the "Consolidated Apotex Action"), and all future filings shall contain only the caption for the Consolidated Apotex Action.

**B. Consolidation of the Slayback Actions (C.A. Nos. 24-65 & 25-75)**

1. Pursuant to Federal Rule of Civil Procedure 42(a), the Slayback Actions are consolidated for all purposes;

2. Civil Action No. 24-65-JLH shall be the lead case, and all future filings in the Slayback Actions shall be made only in Civil Action No. 24-65-JLH (the "Consolidated Slayback Action"), and all future filings shall contain only the caption for the Consolidated Slayback Action.

**C. Consolidation of the Baxter Actions (C.A. Nos. 24-66 & 25-79)**

1. Pursuant to Federal Rule of Civil Procedure 42(a), the Baxter Actions are consolidated for all purposes;

2. Civil Action No. 24-66-JLH shall be the lead case, and all future filings in the Baxter Actions shall be made only in Civil Action No. 24-66-JLH (the "Consolidated Baxter Action"), and all future filings shall contain only the caption for the Consolidated Baxter Action.

**D. Coordination of the Consolidated Actions**

1. Although the Consolidated Apotex Action, Consolidated Slayback Action, and Consolidated Baxter Action will not themselves be consolidated, because these cases

share a common nucleus of facts, the Actions shall be coordinated for discovery and dispositive motions.

2. All claim construction rulings issued by the Court from the previous claim construction hearing held on January 30, 2025 in the Related Actions shall apply equally in the '248 Patent Actions and no new terms need to be construed in the '248 Patent Actions.

3. The protective order entered in the Related Actions shall apply equally to the '248 Patent Actions.

4. The scheduling order entered in the Related Actions and all deadlines and discovery limits set forth therein shall apply equally to the '248 Patent Actions. In order to facilitate the consolidation and coordination of these cases consistent with this Court's June 5, 2025 Order, the following amendments will apply to the coordinated case schedule, which shall apply in the Consolidated Apotex Action, Consolidated Slayback Action, and Consolidated Baxter Action:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiffs to Produce Initial Infringement Claim Chart for the '248 Patent | -- | Within 5 days of the date the Court enters this Order |
| Defendants to Produce Initial Invalidity Contentions and Invalidating References for the '248 Patent | -- | Within 30 days of the date that Plaintiffs serve their Initial Infringement Claim Chart for the '248 Patent |
| Defendants' Final Identification of Invalidity References | Friday, June 13, 2025 | Friday, October 3, 2025 |
| Plaintiff's Final Identification of Accused Products | Friday, June 13, 2025 | Friday, October 3, 2025 |
| Deadline to Join Parties, Amend/Supplement Pleadings | Monday, June 16, 2025 | Friday, October 3, 2025 |
| Plaintiff's Produce Final Infringement Contentions | Wednesday, June 18, 2025 | Friday, October 10, 2025 |
| Defendants' Produce Final Invalidity Contentions | Wednesday, July 2, 2025 | Friday, October 24, 2025 |
| Defendants Supplement Responses to Plaintiff's Final Infringement Contentions | Friday, July 11, 2025 | Friday, October 31, 2025 |
| Plaintiff Supplement Responses to Defendants' Final Invalidity Contentions | Wednesday, July 23, 2025 | Friday, November 14, 2025 |
| Close of Fact Discovery | Friday, August 1, 2025 | Friday, December 5, 2025 |
| Opening Expert Reports | Friday, September 5, 2025 | Friday, January 23, 2026 |
| Rebuttal Expert Reports | Friday, October 10, 2025 | Friday, February 27, 2026 |
| Reply Expert Reports | Friday, November 7, 2025 | Friday, March 27, 2026 |
| Close of Expert Discovery | Friday, December 12, 2025 | Friday, May 1, 2026 |
| Dispositive Motions and *Daubert* Motions | Friday, January 23, 2026 | Friday, June 5, 2026 |
| Answering Dispositive Motions and *Daubert* Motions | Friday, February 20, 2026 | Wednesday, July 1, 2026 |
| Reply Dispositive Motions and *Daubert* Motions | Friday, March 6, 2026 | Monday, July 20, 2026 |
| Hearing on Dispositive Motions and Daubert Motions | May 27, 2026 at 10 a.m. | September 11, 2026 at 10:00 a.m. |

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Parties to File Joint Proposed Final Pretrial Order | 7 days before Pretrial Conference | No change |
| Parties to File Proposed Jury Instructions, Voir Dire, Verdict Forms | 7 days before Pretrial Conference | No change |
| Final Pretrial Conference in *Eagle Pharmaceuticals Inc. v. Apotex, Inc.*, No. 24-64-JLH | July 13, 2026 at 3:00 p.m. | December 7, 2026 at 3:00 p.m. |
| Trial Begins in *Eagle Pharmaceuticals Inc. v. Apotex, Inc.*, No. 24-64-JLH | July 20, 2026 | December 14, 2026 |
| Final Pretrial Conference in *Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*, No. 24-65-JLH | September 22, 2026 at 3:00 p.m. | May 10, 2027 at 3:00 p.m. |
| Trial Begins in *Eagle Pharmaceuticals, Inc. v. Slayback Pharma LLC*, No. 24-65-JLH | September 28, 2026 | May 17, 2027 |
| Final Pretrial Conference in *Eagle Pharmaceuticals Inc. v. Baxter Healthcare Corp.*, No. 24-66-JLH | December 7, 2026 at 3:00 p.m. | September 6, 2027 at 3:00 p.m. |
| Trial Begins in *Eagle Pharmaceuticals Inc. v. Baxter Healthcare Corp.*, No. 24-66-JLH | December 14, 2026 | September 13, 2027 |
| Joint Form of Order to Enter Judgment on the Verdict | 7 days after verdict | No change |
| Joint Status Report re Post-Trial Motions | 7 days after verdict | No change |

June 27, 2025  
DATE

_____  
The Honorable Jennifer L. Hall  
UNITED STATES DISTRICT JUDGE

Dated: June 25, 2025

| **MCCARTER & ENGLISH, LLP** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| */s/ Daniel M. Silver* | */s/ Philip A. Rovner* |
| Daniel M. Silver (#4758) | Philip A. Rovner (#3215) |
| Alexandra M. Joyce (#6423) | Andrew M. Moshos (#6685) |
| Maliheh Zare (#7133) | P.O. Box 951 |
| Renaissance Centre | Wilmington, DE 19899 |
| 405 N. King Street, 8th Floor | (302) 984-6000 |
| Wilmington, Delaware 19801 | provner@potteranderson.com |
| (302) 984-6300 | amoshos@potteranderson.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | *Attorneys for Defendant Baxter Healthcare Corporation* |
| mzare@mccarer.com | |

*Attorneys for Plaintiffs*

| **MORRIS JAMES LLP** | **SMITH KATZENSTEIN & JENKINS LLP** |
|---|---|
| */s/ Kenneth L. Dorsney* | */s/ Daniel A. Taylor* |
| Kenneth L. Dorsney (#3726) | Neal C. Belgam (No. 2721) |
| Cortlan S. Hitch (#6720) | Daniel A. Taylor (No. 6934) |
| 500 Delaware Avenue, Suite 1500 | 1000 West Street, Suite 1501 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 888-6800 | (302) 652-8400 |
| kdorsney@morrisjames.com | nbelgam@skjlaw.com |
| chitch@morrisjames.com | dtaylor@skjlaw.com |
| *Attorneys for Defendants Apotex Inc. and Apotex Corp.* | *Attorneys for Defendants Slayback Pharma LLC and Azurity Pharmaceuticals, Inc.* |